14

United States District Court
Southern District of Texas
ENTERED

NOV 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| C & C WINGS, INC. d/b/a "WINGS LOUNGE", Plaintiff | { { { |
| V. | { { { CASE NOS. B-98-084 and B-98-116 |
| PENN AMERICA INSURANCE COMPANY, Defendant | { { |

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO SUMMARY JUDGMENT

BE IT REMEMBERED that on this the 18 day of NOV, 1998, came to be heard Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SUMMARY JUDGMENT, and the Court is of the opinion same should be granted;

IT IS THEREFORE, ORDERED that the deadline to file Plaintiff's Response to Defendant's Motion for Summary Judgment and supporting briefs is extended to the 13th day of November, 1998.

SIGNED this the 18 day of NOV, 1998, at Brownsville, Texas.

_____
JUDGE PRESIDING

---

ADAMS & GRAHAM, L.L.P.
ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SUMMARY JUDGMENT
[10-jp]; D:\WP51A\FILES\C-1137\BVILLE\MOTIONS\EXTEND.003;   Page 1 of 1