15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| C & C WINGS, INC. § | |
| D/B/A "WINGS LOUNGE" § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-084 |
| § | AND              B-98-116 |
| § | |
| PENN AMERICA INSURANCE COMPANY § | |

TYPE OF CASE: __X__ CIVIL             ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

NOVEMBER 30, 1998 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: NOVEMBER 23, 1998

TO: MR. ROGER HUGHES
     MR. JAY DARWYN HIRSCH