23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 2 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| C & C, INC. d/b/a "WINGS LOUNGE" | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-084 |
| | § | |
| PENN-AMERICAN INSURANCE CO. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 19, 1999 should be **ADOPTED.**

IT IS FURTHER **ORDERED** that Penn-America Insurance Co.'s Motion for Summary Judgment be **GRANTED** and Plaintiff's case be **DISMISSED.**

DONE in Brownsville, Texas, on this 11 day of Feb 1999.

_____
Hilda G. Tagle
United States District Judge